IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| MELISSA WILLIAMS, | |
| Plaintiff, | |
| v. | CIVIL ACTION FILE |
| | NO. 3:20-cv-65-TCB |
| WAL-MART STORES EAST, LP d/b/a WAL-MART STORE #722, | |
| Defendant. | |

**O R D E R**

This case comes before the Court on the motion [75] to exclude experts filed by Defendant Wal-Mart Stores East, LP d/b/a Wal-Mart Store #722. Also before the Court is Plaintiff Melissa Williams's motion [78] for an extension of time to complete expert discovery.

Because Williams has not submitted sufficient justification for her untimely disclosure of experts and given the prejudice to Wal-Mart that would result were the Court to permit the late disclosure, Wal-Mart's

motion [75] to exclude experts is granted.[1] Williams's related motion [78] to extend expert discovery is denied.

IT IS SO ORDERED this 9th day of June, 2021.

_____
Timothy C. Batten, Sr.
Chief United States District Judge

---

[1] However, Williams may take an evidentiary deposition of Dr. Vishal Ratkalkar, the decedent's attending nephrologist, prior to trial.